In the Matter of the Application of KATHERINE E. BROWN for an Order Directing I. NICK GORDON, an Attorney, to Pay over Certain Moneys.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JULIA A. FORHAN v. RICHARD J. FORHAN, Individually and as Trustee of a Certain Trust, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

H. MICHAELYAN, INC., v. NEW JERSEY FIDELITY AND PLATE GLASS INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM F. CULLOM v. CHENANGO TEXTILE CORPORATION, a New York Corporation.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MORRIS MAGID v. THE CITY OF NEW YORK and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay pending the granting or final refusal by the Court of Appeals of such leave to appeal granted upon appellant Garhill Realty Corporation filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of VIRGINIA ESTELLE LINDSAY COPELAND to Vacate and Open the Decree of Probate in the Matter of the Estate of WILLIAM H. LINDSAY, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ROSE LIEBOWITZ v. ARROW ROOFING CO., INC., and Others, and DILLON-PARKER CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JEROME E. OLENICK, as Executor, etc., of IRVING OLENICK, Deceased, v. STANLEY DEVELOPMENT CORPORATION and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by sections 591 and 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JAMES HUTCHISON, as Trustee, etc., of JOHN KENNETH LEVESON ROSS, v. ETHEL ADINE ROSS and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DAVID H. ZELL and Another v. BENJAMIN B. DEITEL and Others, Impleaded, etc.— Motion for leave to appeal to Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GIREY, INC., v. BENJAMIN B. DEITEL and Others, Impleaded, etc.— Motion